**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------X

DENNIS BENNETT,

              Petitioner,

    - against -

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
NEW YORK,

              Respondent.

--------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   MAR 13 2012   ★

LONG ISLAND OFFICE

**JUDGMENT**
CV-09-0058 (SJF)

      An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been

filed on March 8, 2012, dismissing this case without prejudice for failure to prosecute, and

directing the Clerk of Court to close this case, it is

      **ORDERED AND ADJUDGED** that petitioner take nothing of respondent; that this case

is dismissed without prejudice for failure to prosecute; and that this case is hereby closed.

Dated: Central Islip, New York
      March 13, 2012

                       DOUGLAS C. PALMER
                       CLERK OF THE COURT

               By:    /s / Catherine Vukovich
                       Deputy Clerk